**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of __Massachusetts__
(State)

Case number (*If known*): _____ Chapter __7__

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual 12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

### Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

**1. Chapter of the Bankruptcy Code**

*Check one:*

☒ Chapter 7
☐ Chapter 11

### Part 2: Identify the Debtor

**2. Debtor's name**

MSZS Table LLC

**3. Other names you know the debtor has used in the last 8 years**

Include any assumed names, trade names, or *doing business as* names.

Chef's Table

**4. Debtor's federal Employer Identification Number (EIN)**

☒ Unknown

__ __ – __ __ __ __ __ __ __
EIN

**5. Debtor's address**

**Principal place of business**

102 Waltham Street
Number    Street

_____

Boston                    MA    02118
City                     State   ZIP Code

Suffolk
County

**Mailing address, if different**

_____
Number    Street

_____
P.O. Box

_____ _____ _____
City              State  ZIP Code

**Location of principal assets, if different from principal place of business**

_____
Number    Street

_____

_____ _____ _____
City              State  ZIP Code

Official Form 205    Involuntary Petition Against a Non-Individual    page 1

Debtor    MSZS Table LLC                                              Case number (*if known*)_____
             ——————————————————————————————————
             Name

| | | |
|---|---|---|
| **6.** | **Debtor's website** (URL) | _____ |

| | | |
|---|---|---|
| **7.** | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other type of debtor. Specify: _____ |

| | | |
|---|---|---|
| **8.** | **Type of debtor's business** | *Check one:* |
| | | ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | | ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | | ☐ Railroad (as defined in 11 U.S.C. § 101(44)) |
| | | ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | | ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | | ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3)) |
| | | ☒ None of the types of business listed. |
| | | ☐ Unknown type of business. |

| | | |
|---|---|---|
| **9.** | **To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?** | ☒ No |
| | | ☐ Yes. Debtor _____  Relationship _____ |
| | | District _____ Date filed _____ Case number, if known_____ |
| | |                                                          MM / DD / YYYY |
| | | Debtor _____  Relationship _____ |
| | | District _____ Date filed _____ Case number, if known_____ |
| | |                                                          MM / DD / YYYY |

### Part 3: Report About the Case

| | | |
|---|---|---|
| **10.** | **Venue** | *Check one:* |
| | | ☒ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district. |
| | | ☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district. |

| | | |
|---|---|---|
| **11.** | **Allegations** | Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b). |
| | | The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a). |
| | | *At least one box must be checked*: |
| | | ☒ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount. |
| | | ☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. |

| | | |
|---|---|---|
| **12.** | **Has there been a transfer of any claim against the debtor by or to any petitioner?** | ☒ No |
| | | ☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a). |

Debtor  MSZS Table LLC
Name

Case number (if known) _____

### 13. Each petitioner's claim

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Ryan Powers | loan | $ 41,433 |
| Brian Carr | loan | $ 21,166 |
| Jennifer Girvin | loan | $ 10,000 |
| | Total of petitioners' claims | $ 72,599 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

### Part 4: Request for Relief

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

Name and mailing address of petitioner
Ryan Powers
Name
126 W Newton St. #2
Number  Street
Boston        MA    02118
City          State  ZIP Code

Name and mailing address of petitioner's representative, if any

Name
Number  Street
City    State   ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 06/17/2025
         MM / DD / YYYY

X _____
Signature of petitioner or representative, including representative's title

**Attorneys**

Edward V. Colbert III and David Koha
Printed name
Casner & Edwards, LLP
Firm name, if any
303 Congress Street
Number  Street
Boston        MA    02210
City          State  ZIP Code

Contact phone 617-426-5900   Email colbert@casneredwards.com

Bar number 566187

State MA

X Edward V. Colbert III
Signature of attorney

Date signed 6/16/25
           MM / DD / YYYY

Official Form 205         Involuntary Petition Against a Non-Individual         page 3

Debtor ____MSZS Table LLC____  Case number (*if known*) _____
       Name

---

**Name and mailing address of petitioner**

Brian Carr
Name

100 Waltham Street #3
Number   Street

Boston   MA   02118
City     State   ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number   Street

_____
City   State   ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
            MM / DD / YYYY

Signed by:
✘ *Brian Carr*
71300A8DE24B457...
Signature of petitioner or representative, including representative's title

---

Edward V. Colbert III
Printed name

Casner & Edwards, LLP
Firm name, if any

303 Congress St.
Number   Street

Boston   MA   02210
City     State   ZIP Code

Contact phone  617-426-5900   Email colbert@casneredwards.com

Bar number  566187

State  MA

✘  /s/ Edward V. Colbert III
Signature of attorney

Date signed  6/16/25
             MM / DD / YYYY

---

**Name and mailing address of petitioner**

Jennifer Girvin
Name

68 Chandler St, #3
Number   Street

Boston   MA   02116
City     State   ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number   Street

_____
City   State   ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
            MM / DD / YYYY

✘ _____
Signature of petitioner or representative, including representative's title

---

Edward V. Colbert III
Printed name

Casner & Edwards, LLP
Firm name, if any

303 Congress St.
Number   Street

Boston   MA   02210
City     State   ZIP Code

Contact phone  617-426-5900   Email colbert@casneredwards.com

Bar number  566187

State  MA

✘  /s/ Edward V. Colbert III
Signature of attorney

Date signed  6/16/25
             MM / DD / YYYY

---

Debtor ___MSZS Table LLC_____ Case number (if known)_____
     Name

**Name and mailing address of petitioner**

Name: Brian Carr

Number Street: 100 Waltham Street #3

City, State, ZIP Code: Boston MA 02118

**Name and mailing address of petitioner's representative, if any**

Name: _____

Number Street: _____

City, State, ZIP Code: _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___ / ___ / _____ (MM / DD / YYYY)

X _____
Signature of petitioner or representative, including representative's title

---

Printed name: Edward V. Colbert III

Firm name, if any: Casner & Edwards, LLP

Number Street: 303 Congress St.

City, State, ZIP Code: Boston, MA 02210

Contact phone: 617-426-5900  Email: colbert@casneredwards.com

Bar number: 566187

State: MA

X /s/ Edward V. Colbert III
Signature of attorney

Date signed: 6/16/25 (MM / DD / YYYY)

---

**Name and mailing address of petitioner**

Name: Jennifer Girvin

Number Street: 68 Chandler St, #3

City, State, ZIP Code: Boston, MA 02116

**Name and mailing address of petitioner's representative, if any**

Name: _____

Number Street: _____

City, State, ZIP Code: _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 06/18/2025 (MM / DD / YYYY)

X _/s/ Jennifer J Girvin_____
Signature of petitioner or representative, including representative's title

---

Printed name: Edward V. Colbert III

Firm name, if any: Casner & Edwards, LLP

Number Street: 303 Congress St.

City, State, ZIP Code: Boston, MA 02210

Contact phone: 617-426-5900  Email: colbert@casneredwards.com

Bar number: 566187

State: MA

X /s/ Edward V. Colbert III
Signature of attorney

Date signed: 6/16/25 (MM / DD / YYYY)

---